IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Tax<br>Indebtedness of<br><br>KEVIN D. WILLIAMS. | )<br>)  Civil No.<br>)<br>)<br>)  **[PROPOSED]**<br>)  **NOTICE AND**<br>)  **ORDER TO SHOW CAUSE**<br>)<br>) |

You, Kevin D. Williams, are hereby notified that the United States has petitioned this Court for an Order allowing the Internal Revenue Service to levy upon the real property located at 24308 Todd Drive, Chugiak, Alaska, more fully described as:

> Lot 21, Eklutna West Subdivision, according to the official plat thereof, filed under Plat No. 72-186; records of the Anchorage Recording District, Third Judicial District, State of Alaska. Excepting therefrom that portion conveyed to State of Alaska Department of Transportation and Public Facilities in Warranty Deed recorded March 21, 1980, in Book 481 at Page 231;

and hereinafter described as the "Property." The Internal Revenue Service is seeking to levy upon the Property in order to sell your interest to satisfy part or all of your unpaid federal income

1448999.1

tax liabilities for the taxable years 1994, 1995, 1996, 1997, 1998, 1999 and 2001 as set forth in paragraphs six through nine in the government's Petition.

This Court has examined the Petition of the United States and accompanying Declaration of Cartha Haworth, and it is hereby ORDERED that you have 25 days from the date of this Order to file with the Clerk of the Court a written Objection to Petition. Any written Objection to Petition should demonstrate either that:

> A. Your liability has been satisfied; or
>
> B. You have other assets from which the unpaid tax liabilities can be satisfied; or
>
> C. Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written Objection to Petition with the Clerk of Court, then the Court will hold a hearing, at which you must appear, on _____ , 200_, at ____ a.m./p.m., at the Courthouse for the United States District Court for the District of Alaska, 222 W. Seventh Avenue, Anchorage, Alaska, in Courtroom ____, to consider your objections.

It is FURTHER ORDERED that, in addition to filing your Objection to the Petition with the Clerk of the Court, you must also mail a copy of your Objection to Petition to the attorneys for the United States, John B. Snyder, III and James E. Weaver, Trial Attorneys, Tax Division, U.S. Department of Justice, Post Office Box 683 Ben Franklin Station, Washington, D.C. 20044, and Timothy M. Burgess, United States Attorney, Room C-253, Federal Building & U.S. Courthouse, 222 W. Seventh Ave., #9, Anchorage, Alaska 99513, on or before the filing date.

**If you do not file an Objection to Petition within 25 days of service of this order, or**

**if you file an Objection to Petition but fail to appear before the Court as instructed, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 24308 TODD DRIVE, CHUGIAK, ALASKA.**

It is FURTHER ORDERED that a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, shall be served upon Kevin D. Williams within 5 days of the date of this Order, by the United States Marshal or any deputy U.S. Marshal, or any Revenue Officer of the Internal Revenue Service, by delivering a copy to Kevin D. Williams at the following address:

> Kevin D. Williams
> 24308 Todd Drive
> Chugiak, Alaska  99567

Service may also be completed by any other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure.

Dated this ____ day of _____, 200_.


_____
UNITED STATES DISTRICT JUDGE