TIMOTHY M. BURGESS, ESQUIRE
United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
JAMES E. WEAVER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) (202) 305-4929

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of the Tax Indebtedness of | ) ) ) | Civil No. |
| KEVIN D. WILLIAMS. | ) ) ) ) ) ) ) | **DECLARATION OF CARTHA HAWORTH** |

   I, Cartha Haworth, pursuant to the provisions of 28 U.S.C. § 1746 and in support of the

United States' Petition for Judicial Approval of Levy Upon A Principal Residence, declare that:

   1.  I am a duly commissioned SBSE Group Manager for the Collection Division of

the Internal Revenue Service, with a post of duty in Anchorage, Alaska.

   2.  In my capacity as a Group Manager, I supervised Mary Jo Audette, a former

revenue officer for the Collection Division of the Internal Revenue Service. Ms. Audette was

assigned to collect the unpaid Form 1040 federal income tax liabilities of Kevin D. Williams ("Mr. Williams") for tax years 1994 through 1999 and 2001. Although Ms. Audette is no longer a revenue officer for the Internal Revenue Service, I am familiar with the collection efforts regarding Mr. Williams. The property upon which the Internal Revenue Service desires to levy is located at 24308 Todd Drive, Chugiak, Alaska (the "Property").

3.  I have examined the Internal Revenue Serivce administrative file concerning the tax liabilities at issue for Mr. Williams. That file included a statutory warranty deed, asset information supplied by Mr. Williams, and title information. These records reflect that Mr. Williams owns the Property. Upon information and belief, the Property is the principal residence (within the meaning of Section 121 of the Internal Revenue Code (26 U.S.C.)) of Mr. Williams.

4.  I have examined the records of the Internal Revenue Service, and those records reflect that on June 8, 1998, June 4, 2001, September 23, 2002, September 30, 2002 and October 7, 2002, a delegate of the Secretary of the Treasury made assessments against Mr. Williams for unpaid federal income taxes, interest and penalties in the amounts of $ 18,511.02 for 1994, $25,320.98 for 1995, $3,778.74 for 1996, $15,859.35 for 1997, $18,325.32 for 1998, $10,791.91 for 1999, and $15,078.93 for 2001. Forms 4340, Certificates of Assessments and Payments, memorializing these liabilities are attached hereto as Exhibits "A" through "G." Interest, penalties and any other statutory additions continue to accrue from the dates of assessment.

5.  Despite timely notice and demand for payment of the assessments described in paragraph 4, above, Mr. Williams has neglected or refused to make payment of the amount owed to the United States, and there remains due and owing on those assessments, including interest and penalty accruals through November 30, 2005, an amount of $133,242.98. Interest and other

statutory additions continue to accrue, as provided by law.

6.  The Internal Revenue Service has followed the requirements of applicable law and administrative procedures relevant to a levy upon the Property. Notices of assessment were sent to Mr. Williams after each assessment. Collection due process notices were sent in connection with each lien and levy. Notice regarding seizure of the Property was sent to Mr. Williams. Notices of federal tax lien filing with respect to the property are attached hereto as Exhibits "H" through "J."

7.  The Internal Revenue Service has attempted to satisfy the unpaid liabilities of Mr. Williams from assets other than the Property, has made a thorough consideration of alternative collection methods to satisfy these unpaid liabilities, has concluded there is equity in the Property sufficient to yield net proceeds from the sale, and has concluded that no reasonable alternative exists to satisfy the unpaid tax liabilities described above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of December, 2005.

CARTHA HAWORTH
SBSE Group Manager,
Internal Revenue Service

TIMOTHY M. BURGESS, ESQUIRE
United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
JAMES E. WEAVER
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) (202) 305-4929

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of the Tax Indebtedness of<br><br>KEVIN D. WILLIAMS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.<br><br>**TABLE OF EXHIBITS TO DECLARATION OF CARTHA HAWORTH** |

    A.    Certified copy of Form 4340, Certificate of Assessments, Payments and Other

           Specified Matters for Kevin D. Williams, for tax period December 31, 1994

    B.    Certified copy of Form 4340, Certificate of Assessments, Payments and Other

           Specified Matters for Kevin D. Williams, for tax period December 31, 1995

    C.    Certified copy of Form 4340, Certificate of Assessments, Payments and Other

        Specified Matters for Kevin D. Williams, for tax period December 31, 1996

D.      Certified copy of Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, for tax period December 31, 1997

E.      Certified copy of Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, for tax period December 31, 1998

F.      Certified copy of Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, for tax period December 31, 1999

G.      Certified copy of Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, for tax period December 31, 2001

H.      Notice of Lien regarding tax liabilities for 1994

I.      Notice of Lien regarding tax liabilities for 1996

J.      Notice of Lien regarding tax liabilities for 1995, 1997, 1998, 1999 and 2001.