

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 1, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, SSN:            for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1994, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E            EXHIBIT __A__            Form **2866** (Rev. 09-1997)
                                 PAGE __1__ of __5__

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
KEVIN D WILLIAMS                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994
                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
            ADJUSTED GROSS INCOME
                    34,236.00

            TAXABLE INCOME
                    27,986.00

            SELF EMPLOYMENT TAX
                     5,181.00

04-03-1998  RETURN FILED & TAX ASSESSED                 10,057.00    06-08-1998
            29221-130-06918-8   199821

04-15-1995  EXTENSION OF TIME TO FILE
            EXT. DATE   08-15-1995

            ESTIMATED TAX PENALTY                          378.22    06-08-1998
            199821

            LATE FILING PENALTY                          2,262.82    06-08-1998
            199821

            FAILURE TO PAY TAX                           1,910.83    06-08-1998
            PENALTY
            199821

            INTEREST ASSESSED                            3,902.15    06-08-1998
            199821

07-22-1998  RENUMBERED RETURN
            29247-604-60034-8

10-15-1999  FEDERAL TAX LIEN

10-08-1999  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

10-27-1999  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            RETURN RECEIPT SIGNED

FORM 4340   (REV. 01-2002)                       PAGE     1
```

EXHIBIT A
PAGE 2 of 5

```
            CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------

KEVIN D WILLIAMS                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994

                                        ASSESSMENT,      PAYMENT,       ASSESSMENT
DATE         EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT         DATE (23C,
                                        (REVERSAL)       (REVERSAL)     RAC 006 )
-----------------------------------------------------------------------------------

08-28-2000   RECEIVED POA/TIA

11-27-2000   MODULE IN FEDERAL PAYMENT
             LEVY PROGRAM

07-15-2002   OVERPAID CREDIT APPLIED                         164.21
             1040        199312

10-16-2002   OVERPAID CREDIT APPLIED                       1,534.76
             1040        199312

10-14-2003   SUBSEQUENT PAYMENT                            1,099.56

03-18-2004   SUBSEQUENT PAYMENT                              478.90
             LEVY

08-12-2004   MODULE BLOCKED OR
             RELEASED FROM FEDERAL
             PAYMENT LEVY PROGRAM

09-06-2004   MODULE REVERSED OUT OF
             FEDERAL PAYMENT LEVY
             PROGRAM

08-27-2004   UPDATED POA/TIA

09-23-2004   PENDING INSTALLMENT
             AGREEMENT

FORM 4340    (REV. 01-2002)                      PAGE    2
```

EXHIBIT A
PAGE 3 of 5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------
KEVIN D WILLIAMS                                EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1994


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| 12-20-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 11-17-2004 | REVERSES PENDING INSTALLMENT AGREEMENT | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-15-2005 | OVERPAID CREDIT APPLIED 1040         200412 | | 2,761.00 | |
| 03-25-1996 | Taxpayer Deliquency Notice | | | |
| 06-08-1998 | Statutory Notice of Balance Due | | | |
| 06-29-1998 | Statutory Notice of Intent to Levy | | | |

FORM 4340   (REV. 01-2002)                            PAGE    3

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
KEVIN D WILLIAMS                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC   1994
-------------------------------------------------------------------------------


BALANCE        12,472.59

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.   I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature]
PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 12/01/2005

FORM 4340   (REV. 01-2002)                         PAGE    4
```

EXHIBIT A
PAGE 5 of 5