# United States  of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 1, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, SSN:  for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1995, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E        EXHIBIT B         Form **2866** (Rev. 09-1997)
                              PAGE 1 of 5

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
KEVIN D WILLIAMS                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1995
                                         ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE          EXPLANATION OF TRANSACTION OTHER DEBITS     CREDIT        DATE (23C,
                                         (REVERSAL)       (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------
              ADJUSTED GROSS INCOME
                          36,253.00

              TAXABLE INCOME
                          29,853.00

              SELF EMPLOYMENT TAX
                           5,361.00

04-04-2000    SUBSTITUTE FOR RETURN                          0.00       05-29-2000
              29210-120-26434-0

08-28-2000    RECEIVED POA/TIA

08-14-2002    AMENDED RETURN FILED
              29277-639-00126-2

              FAILURE TO PAY TAX           2,672.75                     09-30-2002
              PENALTY
              200238

              ESTIMATED TAX PENALTY          584.00                     09-30-2002
              200238

              LATE FILING PENALTY          2,405.48                     09-30-2002
              200238

              ADDITIONAL TAX ASSESSED     10,691.00                     09-30-2002
              29254-653-18027-2   200238

              INTEREST ASSESSED            8,967.75                     09-30-2002
              200238

01-06-2003    MODULE BLOCKED OR
              RELEASED FROM FEDERAL
              PAYMENT LEVY PROGRAM

12-20-2002    FEDERAL TAX LIEN

FORM 4340  (REV. 01-2002)                    PAGE    1
```

EXHIBIT B
PAGE 2 of 5

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

KEVIN D WILLIAMS                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1995

                                         ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE          EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                         (REVERSAL)     (REVERSAL)   RAC 006 )
------------------------------------------------------------------------------

07-28-2003  INTENT TO LEVY COLLECTION
            DUE PROCESS NOTICE
            LEVY NOTICE ISSUED

06-28-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

07-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-12-2004  MODULE BLOCKED OR
            RELEASED FROM FEDERAL
            PAYMENT LEVY PROGRAM

09-06-2004  MODULE REVERSED OUT OF
            FEDERAL PAYMENT LEVY
            PROGRAM

08-27-2004  UPDATED POA/TIA

09-23-2004  PENDING INSTALLMENT
            AGREEMENT

12-20-2004  REVERSAL OF MODULE
            BLOCKED FROM FEDERAL
            PAYMENT LEVY PROGRAM

FORM 4340   (REV. 01-2002)                       PAGE     2
```

EXHIBIT B
PAGE 3 of 5

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
KEVIN D WILLIAMS                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1995

                                        ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT       DATE (23C,
                                        (REVERSAL)      (REVERSAL)   RAC 006 )
-----------------------------------------------------------------------------
11-17-2004 REVERSES PENDING
           INSTALLMENT AGREEMENT

02-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-30-2002 Statutory Notice of Balance Due

10-21-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                          PAGE    3
```

EXHIBIT B
PAGE 4 of 5

```
              CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------------
KEVIN D WILLIAMS                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1995
-----------------------------------------------------------------------------------


BALANCE         25,320.98

-----------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:    Linda L. Drake
TITLE:         Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:  SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/01/2005
FORM 4340  (REV. 01-2002)                              PAGE    4
```

EXHIBIT B
PAGE 5 of 5