

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 1, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, SSN: _____ for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1996, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E           EXHIBIT C           Form **2866** (Rev. 09-1997)
                                PAGE 1 of 5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

KEVIN D WILLIAMS                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1996

|  |  | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| DATE | EXPLANATION OF TRANSACTION |  |  |  |
|  | ADJUSTED GROSS INCOME | 9,848.00 |  |  |
|  | TAXABLE INCOME | 3,298.00 |  |  |
|  | SELF EMPLOYMENT TAX | 1,363.00 |  |  |
| 04-04-2000 | SUBSTITUTE FOR RETURN 29210-120-26435-0 | 0.00 |  | 05-29-2000 |
| 08-28-2000 | RECEIVED POA/TIA |  |  |  |
| 03-01-2001 | AMENDED RETURN FILED 29277-471-01261-1 |  |  |  |
| 04-26-2001 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 03-01-2004 |  |  |  |
|  | FAILURE TO PAY TAX PENALTY 200121 | 463.50 |  | 06-04-2001 |
|  | ESTIMATED TAX PENALTY 200121 | 98.68 |  | 06-04-2001 |
|  | LATE FILING PENALTY 200121 | 417.15 |  | 06-04-2001 |
|  | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY AFTER 30 OR 60 DAY LETTER 29247-534-00104-1  200121 | 1,854.00 |  | 06-04-2001 |
| 06-04-2001 | RENUMBERED RETURN 29247-534-00104-1 |  |  |  |
|  | INTEREST ASSESSED 200121 | 945.41 |  | 06-04-2001 |

FORM 4340    (REV. 01-2002)              PAGE    1

EXHIBIT C
PAGE 2 of 5

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------
KEVIN D WILLIAMS                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


                                      ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT       DATE (23C,
                                      (REVERSAL)     (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------

08-20-2001 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

05-24-2002 FEDERAL TAX LIEN

06-17-2002 FEES AND COLLECTION COSTS                   30.00

06-25-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

07-18-2002 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           COLL DUE PROCESS NOTICE
           REFUSED/UNCLAIMED

08-12-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

08-27-2004 UPDATED POA/TIA

09-23-2004 PENDING INSTALLMENT
           AGREEMENT

FORM 4340   (REV. 01-2002)              PAGE     2
```

EXHIBIT C
PAGE 3 of 5

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------------
KEVIN D WILLIAMS                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1996

                                          ASSESSMENT,      PAYMENT,      ASSESSMENT
DATE       EXPLANATION OF TRANSACTION     OTHER DEBITS     CREDIT        DATE (23C,
                                          (REVERSAL)       (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------------
12-20-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

11-17-2004 REVERSES PENDING
           INSTALLMENT AGREEMENT

02-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-04-2001 Statutory Notice of Balance Due

06-25-2001 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                              PAGE    3
```

EXHIBIT C
PAGE 4 OF 5

```
         CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------------

KEVIN D WILLIAMS                            EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC   1996
----------------------------------------------------------------------------


BALANCE         3,808.74

----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: /s/ Linda L. Drake
PRINT NAME:         Linda L. Drake

TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:   SW Delegation Order 198


LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/01/2005

FORM 4340  (REV. 01-2002)                        PAGE    4
```

EXHIBIT C
PAGE 5 of 5