

**United States** of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 1, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, SSN:              for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1997, consisting of four pages ⎯⎯⎯⎯⎯⎯

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                EXHIBIT D                Form **2866** (Rev. 09-1997)

PAGE 1 of 5

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------------

KEVIN D WILLIAMS                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

                                      ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE         EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT     DATE (23C,
                                      (REVERSAL)      (REVERSAL)    RAC 006 )
------------------------------------------------------------------------------------

             ADJUSTED GROSS INCOME
                     29,279.00

             TAXABLE INCOME
                     22,479.00

             SELF EMPLOYMENT TAX
                      4,473.00

08-14-2002 RETURN FILED & TAX ASSESSED              7,844.00        10-07-2002
           89221-244-38727-2   200239

04-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1998

04-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   08-15-1998

08-15-1998 EXTENSION OF TIME TO FILE
           EXT. DATE   10-15-1998

08-28-2000 RECEIVED POA/TIA

           ESTIMATED TAX PENALTY                      422.56        10-07-2002
           200239

           LATE FILING PENALTY                      1,764.90        10-07-2002
           200239

           FAILURE TO PAY TAX                       1,961.00        10-07-2002
           PENALTY
           200239

           INTEREST ASSESSED                        3,866.89        10-07-2002
           200239

12-02-2002 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                  PAGE    1
```

EXHIBIT D

PAGE 2 OF 5

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----~----------------------------------------------------------------~----------------

KEVIN D WILLIAMS                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997


                                        ASSESSMENT,      PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS     CREDIT       DATE (23C,
                                        (REVERSAL)       (REVERSAL)    RAC 006 )
--------------------------------------------------------------------------------------

12-20-2002 FEDERAL TAX LIEN

07-28-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-12-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

08-27-2004 UPDATED POA/TIA

09-23-2004 PENDING INSTALLMENT
           AGREEMENT

12-20-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)                   PAGE     2
```

EXHIBIT D

Page 3 of 5

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

KEVIN D WILLIAMS                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  1997


                                    ASSESSMENT,     PAYMENT,      ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT        DATE (23C,
                                    (REVERSAL)     (REVERSAL)     RAC 006 )
------------------------------------------------------------------------------

11-17-2004 REVERSES PENDING
           INSTALLMENT AGREEMENT

02-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

06-14-1999 Taxpayer Deliquency Notice

10-07-2002 Statutory Notice of Balance Due

10-28-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                   PAGE    3
```

EXHIBIT D

PAGE 4 of 5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

KEVIN D WILLIAMS                              EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1997
------------------------------------------------------------------------


BALANCE          15,859.35

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.
------------------------------------------------------------------------

SIGNATURE OF CERTIFYING OFFICER:_____

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing___

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/01/2005

FORM 4340  (REV. 01-2002)                    PAGE    4

