

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: December 1, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, SSN:               , for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 1999, consisting of three pages ——————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake* (signature)

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E         EXHIBIT E  PAGE 1 of 4         Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---

KEVIN D WILLIAMS                                EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040        TAX PERIOD: DEC  1999

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|---|---|---|---|---|
| | ADJUSTED GROSS INCOME 25,600.00 | | | |
| | TAXABLE INCOME 18,550.00 | | | |
| | SELF EMPLOYMENT TAX 3,892.00 | | | |
| 08-14-2002 | RETURN FILED & TAX ASSESSED 89221-237-31534-2   200237 | | 6,678.00 | 09-23-2002 |
| 04-15-2000 | EXTENSION OF TIME TO FILE EXT. DATE   08-15-2000 | | | |
| 08-28-2000 | RECEIVED POA/TIA | | | |
| | LATE FILING PENALTY 200237 | | 1,502.55 | 09-23-2002 |
| | FAILURE TO PAY TAX PENALTY 200237 | | 1,001.70 | 09-23-2002 |
| | INTEREST ASSESSED 200237 | | 1,609.66 | 09-23-2002 |
| 12-16-2002 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-20-2002 | FEDERAL TAX LIEN | | | |
| 02-03-2003 | FEES AND COLLECTION COSTS | | 30.00 | |
| 07-28-2003 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340   (REV. 01-2002)              PAGE    1

EXHIBIT F
PAGE 2 of 4

```
           CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------
KEVIN D WILLIAMS                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

                                      ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT      DATE (23C,
                                       (REVERSAL)    (REVERSAL)    RAC 006 )
-----------------------------------------------------------------------------
07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-12-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

08-27-2004 UPDATED POA/TIA

09-23-2004 PENDING INSTALLMENT
           AGREEMENT

12-20-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

11-17-2004 REVERSES PENDING
           INSTALLMENT AGREEMENT

02-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-23-2002 Statutory Notice of Balance Due

10-14-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                         PAGE     2
```

EXHIBIT E
PAGE 3 OF 4

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------
KEVIN D WILLIAMS                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040         TAX PERIOD: DEC  1999
-------------------------------------------------------------------------------

BALANCE           10,821.91

-------------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-------------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: [signature: Linda L. Drake]
PRINT NAME:         Linda L. Drake
TITLE:              Supervisor Accounting Technician, Ogden W&I Submission Processing
DELEGATION ORDER:   SW Delegation Order 198

LOCATION: INTERNAL REVENUE SERVICE

          ACCOUNT STATUS DATE 12/01/2005
FORM 4340   (REV. 01-2002)                         PAGE    3
```

EXHIBIT F
PAGE 4 of 4