

**United States**     **of America**

**Department of the Treasury**
**Internal Revenue Service**

Date: December 1, 2005

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:  is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Kevin D. Williams, SSN:            ·, for U.S. Individual Income Tax Return (Form 1040), for tax period December 31, 2001, consisting of four pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E        EXHIBIT G        Form **2866** (Rev. 09-1997)

PAGE 1 OF 5

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-.-------------------------------------------------------------------------------
```

KEVIN D WILLIAMS                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC  2001

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------------------------------------|----------------------------|--------------------------------|
| | ADJUSTED GROSS INCOME 40,388.00 | | | |
| | TAXABLE INCOME 32,938.00 | | | |
| | SELF EMPLOYMENT TAX 6,140.00 | | | |
| 08-14-2002 | RETURN FILED & TAX ASSESSED 89221-243-59204-2   200238 | 11,813.00 | | 09-30-2002 |
| 06-02-2001 | RECEIVED POA/TIA | | | |
| 07-15-2002 | SUBSEQUENT PAYMENT | | 1,000.00 | |
| 07-15-2002 | SUBSEQUENT PAYMENT CORRECTED 1040        199312 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 | | (1,000.00) | |
| | ESTIMATED TAX PENALTY 200238 | 403.92 | | 09-30-2002 |
| | LATE FILING PENALTY 200238 | 2,126.34 | | 09-30-2002 |
| | FAILURE TO PAY TAX PENALTY 200238 | 345.39 | | 09-30-2002 |
| | INTEREST ASSESSED 200238 | 390.28 | | 09-30-2002 |
| 01-06-2003 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-20-2002 | FEDERAL TAX LIEN | | | |

FORM 4340  (REV. 01-2002)                        PAGE    1

EXHIBIT G

PAGE 2 of 5

```
        CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

KEVIN D WILLIAMS                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


                                     ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE          EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT       DATE (23C,
                                     (REVERSAL)      (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

07-28-2003 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

06-28-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

07-05-2004 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

08-12-2004 MODULE BLOCKED OR
           RELEASED FROM FEDERAL
           PAYMENT LEVY PROGRAM

09-06-2004 MODULE REVERSED OUT OF
           FEDERAL PAYMENT LEVY
           PROGRAM

08-27-2004 UPDATED POA/TIA

09-23-2004 PENDING INSTALLMENT
           AGREEMENT

12-20-2004 REVERSAL OF MODULE
           BLOCKED FROM FEDERAL
           PAYMENT LEVY PROGRAM

FORM 4340  (REV. 01-2002)              PAGE    2
```

EXHIBIT G

PAGE 3 of 5

```
      CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
---------------------------------------------------------------------------

KEVIN D WILLIAMS                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2001


                                    ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS    CREDIT     DATE (23C,
                                    (REVERSAL)     (REVERSAL)    RAC 006 )
---------------------------------------------------------------------------

11-17-2004 REVERSES PENDING
           INSTALLMENT AGREEMENT

02-07-2005 MODULE IN FEDERAL PAYMENT
           LEVY PROGRAM

09-30-2002 Statutory Notice of Balance Due

10-21-2002 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE    3
```

EXHIBIT G

PAGE 4 of 5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

KEVIN D WILLIAMS                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040       TAX PERIOD: DEC   2001
------------------------------------------------------------------------


BALANCE         15,078.93

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE


        ACCOUNT STATUS DATE 12/01/2005

FORM 4340  (REV. 01-2002)                    PAGE     4

EXHIBIT G
PAGE 5 of 5