```
9798                                                    COURT RECORDING DATA
-----------------------------------------------+--------------------------------------
        INTERNAL REVENUE SERVICE               | Lien Recorded   : 06/03/2002 - 15:25PM
   FACSIMILE FEDERAL TAX LIEN DOCUMENT         | Recording Number: 2002-037068-0
                                               | UCC Number      :
                                               | Liber           :
                                               | Page            :
-----------------------------------------------+--------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #12        | IRS Serial Number: 910228169
 Lien Unit Phone: (206) 220-5596               |
-----------------------------------------------+--------------------------------------
              This Lien Has Been Filed in Accordance with
              Internal Revenue Regulation 301.6323(f)-1.

-------------------------------------------------------------------------------------
Name of Taxpayer :
  KEVIN D WILLIAMS


-------------------------------------------------------------------------------------
Residence :
  PO BOX 672363
  CHUGIAK, AK 99567-2363
-------------------------------------------------------------------------------------
  With respect to each assessment below, unless notice of lien
  is refiled by the date in column(e), this notice shall constitute
  the certificate of release of lien as defined in IRC 6325(a).
-------+-----------+---------------+------------+---------------------+---------------
 Form  |  Period   |   ID Number   |  Assessed  |   Refile Deadline   | Unpaid Balance
  (a)  |    (b)    |     (c)       |    (d)     |        (e)          |      (f)
-------+-----------+---------------+------------+---------------------+---------------
 1040    12/31/1996                  06/04/2001      07/04/2011              3778.74
```

```
-------------------------------------------------------------------------------------
 Filed at:   RECORDING DISTRICT OF
             ANCHORAGE                                       Total  | $    3778.74
             ANCHORAGE, AK 99503                                    |
-------------------------------------------------------------------------------------
 This notice was prepared and executed at SEATTLE, WA
 on this, the 21st day of May, 2002.
-------------------------------------------------------------------------------------
 Authorizing Official:                        | Title:
   MARY JO AUDETTE                            |   REVENUE OFFICER          32-01-4103
   (907) 271-6874                             |
-------------------------------------------------------------------------------------
```

EXHIBIT 1
PAGE 1 of 1