```
9656                                              COURT RECORDING DATA
---------------------------------------------+------------------------------------
    INTERNAL REVENUE SERVICE                 | Lien Recorded   : 01/21/2003 - 15:38PM
    FACSIMILE FEDERAL TAX LIEN DOCUMENT      | Recording Number: 2003-006212-0
                                             | UCC Number      :
                                             | Liber           :
                                             | Page            :
---------------------------------------------+------------------------------------
 Area: SMALL BUSINESS/SELF EMPLOYED #12      | IRS Serial Number: 910241797
 Lien Unit Phone: (800) 913-6050             |
---------------------------------------------+------------------------------------
                    This Lien Has Been Filed in Accordance with
                    Internal Revenue Regulation 301.6323(f)-1.
------------------------------------------------------------------------------
 Name of Taxpayer :
    KEVIN D WILLIAMS


------------------------------------------------------------------------------
 Residence :
    PO BOX 672363
    CHUGIAK, AK 99567-2363
------------------------------------------------------------------------------
 With respect to each assessment below, unless notice of lien
 is refiled by the date in column(e), this notice shall constitute
 the certificate of release of lien as defined in IRC 6325(a).
 ------+--------------+---------------+------------------+------------------+----------------
  Form |   Period     |   ID Number   |     Assessed     |  Refile Deadline | Unpaid Balance
  (a)  |    (b)       |      (c)      |       (d)        |       (e)        |      (f)
 ------+--------------+---------------+------------------+------------------+----------------
  1040   12/31/1995                       09/30/2002         10/30/2012            25320.98
  1040   12/31/1997                       10/07/2002         11/06/2012            15859.35
  1040   12/31/1998                       10/07/2002         11/06/2012            18325.32
  1040   12/31/1999                       09/23/2002         10/23/2012            10791.91
  1040   12/31/2001                       09/30/2002         10/30/2012            15078.93




------------------------------------------------------------------------------
 Filed at:    RECORDING DISTRICT OF
              ANCHORAGE                                      Total    $      85376.49
              ANCHORAGE, AK 99503
------------------------------------------------------------------------------
 This notice was prepared and executed at SEATTLE, WA
 on this, the 19th day of December, 2002.
------------------------------------------------------------------------------
 Authorizing Official:                      | Title:
    MARY JO AUDETTE                         | REVENUE OFFICER              32-01-4103
------------------------------------------------------------------------------
```

EXHIBIT J

PAGE 1 OF 1