DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
(907) 271-5071 - phone
(907) 271-2344 - fax
Daniel.Cooper@usdoj.gov

JOHN B. SNYDER, III
JAMES E. WEAVER
Trial Attorneys, Tax Division
U. S. Department of Justice
P O Box 683, Ben Franklin Station
Washington, DC 20044-0683
(202) 305-4929 - phone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of the Tax Indebtedness of<br><br>KEVIN D. WILLIAMS. | ) Case No.  3:06-cv-21-RRB<br>)<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>) |

    The United States, through counsel, hereby enters the appearance of Daniel R. Cooper, Jr., Assistant U.S. Attorney, as co-counsel on behalf of the United States. All

1

further pleadings and correspondence shall be electronically sent to Mr. Cooper at

Daniel.Cooper@usdoj.gov. John B. Snyder, III and James E. Weaver, Trial Attorneys

for the Tax Division, should also remain on the service list.

RESPECTFULLY SUBMITTED on February 14, 2006.

DEBORAH M. SMITH
Acting United States Attorney

s/ Daniel R. Cooper, Jr.
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-2344
E-mail: Daniel.Cooper@usdoj.gov
AK #8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2006,
a copy of the foregoing Notice of Appearance
 was served electronically on John B. Snyder, III
and James E. Weaver.

s/ Daniel R. Cooper, Jr.