IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 3:06-cv-00021-RRB |
| KEVIN D. WILLIAMS, ) | |
| ) | |
| Respondent. ) | |

**RETURN OF SERVICE**

I, John A. Williamson, a Revenue Officer employed by the Internal Revenue Service in Anchorage, Alaska, declare under the penalty of perjury that, on March 17th, 2006, I served a true and correct copy of the attached <u>Notice and Order To Show Cause</u>, together with a copy of the Petition (and exhibits thereto) in the above-captioned case, on the respondent, Kevin D. Williams, at the following location: 24308 Todd Drive, Chugiak Alaska.

Service was made by the following method: Personal service after Mr. Kevin Williams affirmed his identity, and he signed for the service when requested.

DATED: 3/30/2006

JOHN A. WILLIAMSON
Revenue Officer