UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u> KEVIN D. WILLIAMS </u>

DATE:  <u>  April 21, 2006  </u>     CASE NO.  <u>  3:06-CV-0021-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE ORDER TO SHOW CAUSE**

---

      Respondent Williams was served with the Notice and Order to Show Cause (Docket 5) on March 17, 2006.  As Respondent has not filed a written Objection to the Petition (Docket 1) within the 25-day deadline, the hearing scheduled for **May 12, 2006**, is **vacated**.

      Plaintiff shall file the proposed Order Approving an Internal Revenue Service Levy on the Real Property Located at 24308 Todd Drive, Chugiak, Alaska, referred to in the Notice and Order to Show Cause.

M.O. RE OSC