IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of the Tax Indebtedness of<br><br>KEVIN D. WILLIAMS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING PETITION FOR LEVY UPON PERSONAL RESIDENCE** |

  This matter having come before the undersigned upon the Petition of the United States and accompanying Declaration, and the Court having issued a Notice and Order to Show Cause which was properly served upon Kevin D. Williams, and no written objections having been filed within 25 days of the Notice and Order to Show Cause as directed therein, upon consideration of the Court,

  IT IS HEREBY ORDERED THAT, pursuant to Internal Revenue Code section 6334, the Court GRANTS the Petition For Judicial Approval of Levy Upon Principal Residence. The Internal Revenue Service may levy upon Kevin D. Williams' interest in the property located at

1449356.1

24308 Todd Drive, Chugiak, Alaska to satisfy part or all of the unpaid tax liabilities for the taxable years 1994, 1995, 1996, 1997, 1998, 1999 and 2001, which may be executed by any authorized officer of the Internal Revenue Service.

It is FURTHER ORDERED that the Clerk of the Court shall mail a copy of this ORDER to:

Kevin D. Williams
24308 Todd Drive
Chugiak, Alaska 99567

John B. Snyder, III
James E. Weaver
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

~~Timothy M. Burgess~~
United States Attorney
Room C-253, Federal Building &
United States Courthouse,
222 West Seventh Avenue, #9
Anchorage, Alaska 99513

Dated this 24 day of April, 2006

UNITED STATES DISTRICT JUDGE